THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FLAT EARTH EXCAVATION, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>OHIO SECURITY INSURANCE COMPANY d/b/a LIBERTY MUTUAL INSURANCE,<br><br>    Defendant. | CASE NO. C21-0680-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On June 24, 2021, Defendant filed a motion for summary judgment. (Dkt. No. 10.) Defendant's motion is currently noted for July 23, 2021. (Dkt. No. 13.) On July 19, 2021, Plaintiff filed a motion for dismissal. (Dkt. No. 15.) Plaintiff's motion is noted for August 27, 2021. (*Id*.)

Pursuant to Local Civil Rule 7(l), and in the interest of judicial economy, the Clerk is DIRECTED to re-note Defendant's motion for summary judgment (Dkt. No. 10) to August 27, 2021. Defendant's reply to Plaintiff's response to summary judgment (Dkt. No. 14) shall still be filed no later than July 23, 2021.

//

DATED this 22nd day of July 2021.

Ravi Subramanian  
Clerk of Court

s/Paula McNabb  
Deputy Clerk